W. W. Simmons and W. W. Langford, copartners as Simmons, Langford & Company, Plaintiffs in Error, v. The Tampa Hardware Company, a Corporation, Defendant in Error.

(Supreme Court of Florida, En Banc: January 29, 1907.)

Writ of error to Circuit Court, DeSoto County; Joseph B. Wall, Judge.

*W. W. Simmons* and *W. W. Langford in pro. per.;*

*Forrester & Burton* and *J. W. Frazier,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Dismissed on motion of counsel for the defendant in error.